## CARPENTER v. CARPENTER

No. 100 PC.

Case below: 25 N.C. App. 235.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 June 1975.

## FREIGHT CARRIERS v. ALLEN CO.

No. 104 PC.

Cases below: 22 N.C. App. 442.
             25 N.C. App. 315.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 June 1975.

## GRAHAM AND SON, INC. v. BOARD OF EDUCATION

No. 86 PC.

Case below: 25 N.C. App. 163.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 June 1975.

## GRIBBLE v. GRIBBLE

No. 119 PC.

Case below: 25 N.C. App. 366.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 June 1975.

## INSURANCE CO. v. CHANTOS

No. 126 PC.

Case below: 25 N.C. App. 482.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 June 1975.